FILED
2026 Sep-22 PM 01:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **HEATHER ANN SCHWENDER,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 7:26-cv-046-AMM-JHE** |
| | ) | |
| **WARDEN, FPC-BRYAN,** | ) | |
| | ) | |
| **Respondent.** | ) | |

# MEMORANDUM OPINION

Petitioner Heather Ann Schwender, a federal inmate proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. Ms. Schwender challenges the application of credits under the First Step Act and Second Chance Act. *Id.*

On August 25, 2026, the magistrate judge entered a report recommending the court deny the petition because Ms. Schwender's arguments lack merit. *See* Doc. 10. Specifically, Ms. Schwender's Second Chance Act arguments fail because she has not reached the "final months" of her prison term and is not entitled to immediate prerelease placement. *Id.* at 4–5. Her First Step Act arguments fail because Ms. Schwender has not earned credits equal to the length of her remaining prison term. *Id.* at 5–9. Ms. Schwender was advised of her right to file written objections to the

report and recommendation within fourteen days, but the court has not received any objections or other response from Ms. Schwender.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Doc. 10. Consistent with that recommendation, the court finds Ms. Schwender's petition, Doc. 1, is due to be **DENIED**.

A final judgment will be entered.

**DONE** and **ORDERED** this 22nd day of September, 2026.

**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE